**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RASTER PRINTING INNOVATIONS, LLC<br><br>    Plaintiff,<br><br> vs.<br><br> M.G.I. USA, INC.<br><br>    Defendant. | **Case No.: 15-CV-3977**<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Raster Printing Innovations, LLC ("RPI" or "Plaintiff"), by and through its undersigned attorneys, for its complaint against defendant M.G.I. USA, Inc. ("MGI") (referred to herein as "Defendant"), hereby alleges as follows:

### NATURE OF LAWSUIT

1.      This action involves claims for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.  This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. § 1338(a).

### THE PARTIES

2.      RPI is a limited liability company organized under the laws of the state of Illinois and having offices at 111 W. Jackson St., Suite 1700, Chicago, Illinois 60604.

3.      RPI owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 5,796,411 ("the '411 patent"), entitled "High resolution real time raster image processing system and method," issued August 18, 1998.  A copy of the '411 patent is annexed hereto as Exhibit A.

4.      RPI owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 5,828,814 ("the '814 patent"), entitled "Reduced cost high resolution real time raster image processing system and method," issued October 27, 1998.  A copy of the '814 patent is annexed hereto as Exhibit B.

5.      RPI owns all right, title and interest in, and has standing to sue for infringement of United States Patent No. 5,949,438 ("the '438 patent"), entitled "High resolution real time Raster image processing system and method," issued September 7, 1999. A copy of the '438 patent is annexed hereto as Exhibit C.

6.      Defendant MGI is a Florida Corporation with a place of business at 3143 Skyway Circle, Melbourne, Florida 32934. MGI transacts business and has, at a minimum, offered to provide and/or provided products and/or services in this judicial district and throughout the State of Illinois that infringe claims of the '411, '814, and '438 patents.

7.      Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b).

**DEFENDANT'S ACTS OF PATENT INFRINGEMENT**

8.      Defendant has infringed claims of the '411, '814 and '438 patents through, among other activities, making, using, selling and offering for sale various models of MGI presses and printers in combination with including, but not limited to, Meteor DP8700 XL+ and Meteor DP8700 S+ in combination with Electronics For Imaging, Inc.'s Fiery RIP FS100 Pro, and other third party compatible print servers.

9.      The Fiery RIP FS100 Pro is a raster image processor ("RIP").

10.     The Meteor DP8700 XL+ with Fiery RIP FS100 Pro has included an Intel Core i5 2400 3.1 GHz processor.

- 2 / 4 -

11.     The Intel Core i5 2400 3.1 GHz processor is configure to interface with a direct media interface ("DMI") bus as 5 GT/s.

12.     The Meteor DP8700 S+ with Fiery RIP FS100 Pro is configured to receive display lists for files located in hot folders.

13.     The MGI Meteor line of printers with Fiery RIP FS100 Pro print controllers are specifically configured for variable data printing ("VDP").

14.     The Meteor DP8700 XL+ with Fiery RIP FS100 Pro includes a VDP Manager that is advertised to allow "repeatable elements (source and cached) to be stored and managed for future use."

15.     The Meteor DP8700 XL+ with Fiery RIP FS100 Pro includes black custom screening functionality that is advertised to allow "the user to simulate a conventional halftone dot pattern."

16.     The Meteor DP8700 XL+ with Fiery RIP FS100 Pro is advertised as being capable of printing up to 4,260 A4'letter pages per hour in 4-color process.

17.     The Meteor DP8700 XL+ is configured to receive data for in excess of 300 million pixels from the Fiery RIP FS100 Pro each second.

18.     The Meteor DP8700 S+ is configured to receive data for in excess of 300 million pixels from the Fiery RIP FS100 Pro each second.

19.     Defendant's infringement has injured and will continue to injure RPI unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further use of products that come within the scope of the '411, '814, and '438 patents.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court to enter judgment against the Defendant, and

against its subsidiaries, affiliates, agents, servants, employees and all persons in active

concert or participation with them, granting the following relief:

A.      An award of damages adequate to compensate RPI for the infringement that

has occurred, together with prejudgment interest from the date that Defendant's infringement

of the RPI patents began;

B.      Increased damages as permitted under 35 U.S.C. § 284;

C.      A finding that this case is exceptional and an award to RPI of its attorneys'

fees and costs as provided by 35 U.S.C. § 285;

D.      A permanent injunction prohibiting further infringement, inducement and

contributory infringement of the RPI patent; and

E.      Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

RPI demands a trial by jury on all issues presented in this Complaint.

Dated: May 5, 2015                             Respectfully submitted,

/s/ Anthony E. Dowell
Anthony E. Dowell
aedowell@dowellip.com
DOWELL IP
333 W. North Ave #341
Chicago, Illinois 60610
Phone: (312) 291-8351

**ATTORNEY FOR PLAINTIFF**